EMMA M. STOCK et al., Appellants, *v.* WILLIAM D. MANN et al., Defendants.

NATHAN RICHMAN, Respondent.

(Submitted May 5, 1930; decided May 13, 1930.)

*John J. McManus* for motion.
*George H. Whitbeck* opposed.

Motion denied, with ten dollars costs.

In the Matter of the Accounting of ABRAHAM N. LEVY, as Committee of the Estate of ANDREW TRAULKO, an Incompetent Person, Respondent.

EMANUEL B. COHEN, Appellant.

(Submitted May 5, 1930; decided May 13, 1930.)

(See 253 N. Y. 566.)

Recall of remittitur requested and the same, when recalled, will be amended by allowing costs and disbursements to the appellant.